

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| K.S.A., A MINOR BY HIS PARENTS SUBRAMANYAM R. AJJAMPURA AND JYOTHI A. SALIGRAM,<br><br>Plaintiffs,<br><br>v.<br><br>CUPERTINO UNION SCHOOL DISTRICT, ET AL.,<br><br>Defendants. | Case No.: 12-CV-01451-PSG<br><br>**ORDER RE REFERENCE TO MINOR CHILD** |

Subramanyam R. Ajjampura and Jyothi A. Saligram proceeding pro se bring this appeal of an agency decision on behalf of their minor child, K.S.A. Because plaintiff is a minor child, he shall be referred to by the initials of his name on the docket and in any future pleadings.

**IT IS SO ORDERED.**

Dated: 3/26/2012

_____
PAUL S. GREWAL
United States Magistrate Judge