UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

K. S. A. a minor by and through his ) ORDER
parents )
AJJAMPURA SUBRAMANYAM R. )
and SALIGRAM JYOTHI A., )
      Plaintiff, ) Case No.: **CV 12-01451 PSG**
vs. )
)
CUPERTINO UNION SCHOOL )
DISTRICT )
      Defendant. )

    Considering the Motion of Plaintiff, for a continuance of the June 19, 2012, Initial Case Management Conference deadlines set forth in the Court's March 22, 2012, ADR and Scheduling Order, it is hereby:

    ORDERED that the June 19, 2012, Conference and corresponding deadlines thereof are continued. to July 24, 2012 at 2PM

    SO ORDERED this  18th  day of June 2012.

                                    PES
                                United States Magistrate Judge