UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K. S. A. a minor by and through his parents AJJAMPURA SUBRAMANYAM R. and SALIGRAM JYOTHI A., <br>         Plaintiff, <br> vs. <br> CUPERTINO UNION SCHOOL DISTRICT <br>         Defendant. | ORDER <br><br> Case No.: **CV 12-01451 PSG** |

Considering the Motion of Plaintiff, for a continuance of the June 19, 2012, Initial Case Management Conference deadlines set forth in the Court's March 22, 2012, ADR and Scheduling Order, it is hereby:

ORDERED that the June 19, 2012, Conference and corresponding deadlines thereof are continued. to July 24, 2012 at 2PM

SO ORDERED this 18th day of June 2012.

PES
United States Magistrate Judge